# Exhibit A

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Andrew Waller, being duly sworn, declare and state:

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510, in that, I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I have been employed as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives since March 2014. I am currently assigned to the Wichita Field Office in Wichita, KS. As part of my duties as an ATF Special Agent, I have conducted and/or participated in investigations involving arsons, explosives, firearms, controlled substances, and violent crimes. I have utilized confidential informants to obtain information and evidence, conducted interviews of suspects and witnesses, and written and executed federal search and arrest warrants.

3. The information in this affidavit is known to me through personal direct knowledge, and/or through a review of official reports prepared by other law enforcement personnel. This affidavit is submitted in support of a complaint for forfeiture for the following property:

   a. Taurus, Model G2C, 9mm caliber handgun, SN: ABE591689; and

   b. 8 rounds of 9mm ammunition.

4. On December 30th, 2023, at approximately 3 a.m., a Sedgwick County, Kansas Sheriff's Department deputy was monitoring 54 Express Inn, a hotel known for drug activity. The deputy observed a vehicle parked, running with the lights on, on the east side of the Inn for 45 minutes. As the vehicle started to leave, the deputy observed it failed to stop when exiting the

private drive onto Kellogg. The vehicle continued to travel on Kellogg where the deputy observed two additional failure to signal lane change violations.

5. The deputy initiated a traffic stop and contacted Treylis Presley Jr. Presley Jr was on Federal supervised release for drug and firearms charges.

6. A K9 unit was deployed for a free air sniff of the vehicle which indicated the presence of controlled substances.

7. A probable cause search of the vehicle resulted in the seizure of a black Taurus model G2C 9mm serial number ABE591689 and 8 rounds of 9mm ammunition.

8. On July 9, 2024, Presley, Jr. was indicted in District of Kansas Case No. 24-10086 on one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). A Superseding Information was filed on March 25, 2025, which added a second charge of distribution of Fentanyl occurring on January 22, 2024, in violation of 21 U.S.C. § 841.

9. On March 26, 2025, in Case No. 24-10086, Presley Jr. entered his plea to Count 2 of the Superseding Information which charged the distribution of Fentanyl on January 22, 2024.

10. As part of his plea agreement, Presley Jr agreed to the forfeiture, in any type of proceeding, of the following property to the United States: A Taurus, Model G2C, 9mm caliber handgun, SN: ABE591689 and ammunition.

11. A search of Presley Jr's criminal history shows that on January 31, 2022, he was previously convicted and sentenced in District of Kansas Court Case No. 20-CR-10083 for Felon in Possession of a Firearm.

12. Based on the foregoing, I have probable cause to believe that the items identified in paragraph three, above, were used in or involved in a violation\s of 18 U.S.C. § 922(g)(1).

Accordingly, I have probable cause to believe that these items are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

Andrew Waller
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me on this 18th day of September, 2026.

RACHAEL M. ADAMS
Notary Public - State of Kansas
My Appt. Expires 3/2/2029

Notary Public

My commission expires 3/2/2029.